IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>ESPERANZA CARMEL COMMERCIAL, LLC; ALEC ELZAFON; DEVORIT ELZAFON,<br><br>　　　　　Defendants | Case No. 25-cv-9183-NW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

　　　PLEASE TAKE NOTICE, having reached a. full and final resolution of this matter, Plaintiff James Alger hereby dismisses this entire action with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
1

Date: December 22, 2025                         ALLACCESS LAW GROUP

*/s/ Irakli Karbelashvili*
By IRAKLI KARBELASHVILI, Esq.
Attorney for Plaintiff
JAMES ALGER